

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2015

No. 04-15-00255-CV

**SW LOAN A, L.P**.,
Appellant

v.

Anibal J. **DUARTE-VIERA**, Antonio P. Pardo and Edward M. Reiss,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12742
Honorable John D. Gabriel, Jr., Judge Presiding

## ORDER

    The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to October 9, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Bryan Bond
        Hunton & Williams LLP
        1445 Ross Ave., Ste. 3700
        Dallas, TX 75202-2823

        John Gerhart Jr.
        Hunton & Williams, LLP
        1445 Ross Avenue, suite 3700
        Dallas, TX 75202-2755

        Robert Arthur McNiel
        DEANS & LYONS, LLP
        325 N. Saint Paul Street, Suite 1500
        Dallas, TX 75201